FILED
RICHARD W. NAGEL
CLERK OF COURT

MAY 29 2025 12:18 P

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
OF OHIO-COLUMBUS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JOSE ADIN BENJUME-GUTIERREZ,**

**Defendant.**

**CASE NO.** 2:25-CR-92

**JUDGE** Watson

**INDICTMENT**

**8 U.S.C. § 1326(a)**
**18 U.S.C. §§ 111(a)(1) and (b)**
**21 U.S.C. §§ 841(a)(1) and (b)(1)(C)**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Illegal Reentry of a Removed Alien)**

On or about February 3, 2025, in the Southern District of Ohio, the defendant, **JOSE ADIN BENJUME-GUTIERREZ,** an alien, knowingly and unlawfully entered and was found in the United States after having been removed, excluded, or deported from the United States on or about January 11, 2012 and August 12, 2016, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States prior to his return.

**In violation of 8 U.S.C. § 1326(a).**

FILED
RICHARD W. NAGEL
CLERK OF COURT
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

**COUNT TWO**
**(Assaulting, Resisting, or Impeding a Federal Officer)**

On or about the February 3, 2025, in the Southern District of Ohio, the defendant, **JOSE ADIN BENJUME-GUTIERREZ**, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: Special Agent Paul Mills, Homeland Security Investigations, while the officer was engaged in the performance of his official duties and on account of the performance of official duties, with a dangerous or deadly weapon.

**In violation of 18 U.S.C. §§ 111(a)(1) and (b).**

**COUNT THREE**
**(Distribution of Cocaine)**

On or about April 15, 2025, in the Southern District of Ohio, the defendant, **JOSE ADIN BENJUME-GUTIERREZ,** did knowingly, intentionally and unlawfully distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

**A TRUE BILL.**

s/ *Foreperson*
**FOREPERSON**

**KELLY A. NORRIS**
**Acting United States Attorney**

**Tyler Aagard (NC 54735)**
**Assistant United States Attorney**